**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

BRITTANY ISBELL                                                                                    PLAINTIFF

v.                                             4:20CV01298-BRW-JTK

GRAY, et al.                                                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of December, 2020.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE